# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIS IOANNIS KONTOPEDES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M.C. KRAMER, Warden,<br><br>　　　　Respondent. | Case No. SACV 08-1009-JSL (JTL)<br><br>**J U D G M E N T** |

　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

*/s/ Spencer Letts*

DATED: January 21, 2009

　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　SENIOR UNITED STATES DISTRICT JUDGE